FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 SEP 24 AM 11: 50

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DAVID WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 312-028 |
| | ) |
| MARTY ALLEN, Warden, and JOHN | ) |
| TRIPP, Doctor, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court.  Therefore, Defendant Allen is **DISMISSED** from this case.

SO ORDERED this 24th day of September, 2012, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE