IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

DAVID WALKER, )
)
    Plaintiff, )
)
v. ) CV 312-028
)
MARTY ALLEN, Warden, and JOHN )
TRIPP, Doctor, )
)
    Defendants. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant Allen is **DISMISSED** from this case.

SO ORDERED this 24th day of September, 2012, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE