# ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 APR 19 PM 2: 21

CLERK _C. Velaus_
SO. DIST. OF GA.

DAVID WALKER,                          )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )     CV 312-028
                                       )
JOHN TRIPP, Doctor,                    )
                                       )
          Defendant.                   )

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Defendant's "Pre-Answer Motion to Dismiss" is **GRANTED** (doc.

no. 13), Defendant's "Motion to Dismiss for Want of Prosecution" is **GRANTED IN PART**

and **DENIED IN PART** (doc. no. 18), and this case is **DISMISSED** without prejudice and

**CLOSED**.

SO ORDERED this 19th day of April, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE